

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00140-CV

**IN THE INTEREST OF L.P. AND C.P.,** Children

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-10-1012-CVA
Honorable Melissa DeGerolami, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 26, 2020.

Liza A. Rodriguez, Justice